UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 06-21619-CIV-HUCK/SIMONTON

AMNESTY INTERNATIONAL, USA, a
New York non-profit corporation,

      Plaintiff,

vs.

LOUIS BATTLE, individually and THOMAS
CANNON, individually,

      Defendants.
_____/

**ORDER ON DEFENDANT LOUIS BATTLE'S MOTION TO
REQUIRE PLAINTIFF TO FILE RULE 7(A) REPLY**

      THIS MATTER is before the Court upon Defendant Louis Battle's Motion to Require Plaintiff to File Rule 7(A) Reply In Accordance With Heightened Pleading Standard and Motion to Strike Plaintiff's Denial of Defenses and Memorandum of Law, filed October 5, 2006. The Court has considered the Motion, Plaintiff Amnesty International, U.S.A.'s response thereto and Defendant Battle's Reply in further support thereof. The Court is duly advised in the premises.

      Defendant Battle seeks an Order requiring Plaintiff to file a reply to Defendant Battle's affirmative defense of qualified immunity. Defendant Battle argues that such a reply is necessary in view of the Eleventh Circuit's heightened pleading requirements in cases arising under 42 U.S.C. §1983. In essence, Defendant Battle presents the same arguments concerning the sufficiencey of the allegations in the Amended Complaint as did Defendant Cannon in his Motion to Dismiss, filed October 30, 2006. Like Defendant Cannon, Defendant Battle argues that Plaintiff's Amended Complaint fails to satisfy the heightened pleading standard applicable to §1983 actions in the Eleventh Circuit. *See GJR Investments, Inc. v. County of Escambia, Fla.*, 132 F.3d 1359, 1367 (11th Cir. 1998)(citing *Oladeinde v. City of Birmingham*, 963 F.2d 1481, 1485(11th Cir. 1992)).

      In view of the common grounds upon which both Defendants' Motions are based and the adequacy of dismissal as a remedy for both Defendants, the Court deems Defendant Battle's Motion to Require a Reply as a Motion to Dismiss for failure to state a claim upon which relief can be granted. In a separate Order entered on this date, the Court granted Defendant Thomas Cannon's Motion to Dismiss. The findings and conclusions underlying that Order are equally applicable here and adopted for the purpose of this Order. Accordingly, it is

ORDERED that Defendant Battle's Motion to Require Plaintiff to file a Reply, which the Court deems a Motion to Dismiss the Amended Complaint, is GRANTED. The Amended Complaint is DISMISSED without prejudice as to Defendant Battle.

DONE and ORDERED in Chambers, Miami, Florida, January 16, 2007.

_____
Paul C. Huck
United States District Judge

Copies furnished to:
All Counsel of Record